IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM F. CARADINE/ASSABUR
ADC # 90785                                                                     PLAINTIFF

v.                            Case No. 4:11-cv-26-DPM

WAL-MART, INC.                                                                  DEFENDANT

ORDER

Plaintiff, William F. Caradine/Assabur, a prisoner in the Varner Super Max Unit of the Arkansas Department of Correction, has filed this *pro se* § 1983 action alleging violations of his constitutional rights. He has not paid the $350 filing fee or filed a motion to proceed *in forma pauperis*.

On 2 February 2011, the Court gave Caradine/Assabur thirty days to either pay the filing fee in full or file a fully and properly completed Application to Proceed *In Forma Pauperis*, along with a prisoner calculation sheet. Caradine/Assabur instead filed an addendum, notice, and motion for service, which provide no information about his financial status. The Court advised Caradine/Assabur that the failure to comply with this Court's order would result in the dismissal of his case, without prejudice, pursuant to Local

Rule 5.5(c)(2). *Document No. 3, at 2–3*. His case is therefore dismissed without prejudice. Local Rule 5.5(c)(2).

The motion for service, *Document No. 7*, is denied as moot. An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2011