IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM F. CARADINE/ASSABUR
ADC # 90785                                                                                    PLAINTIFF

v.                              Case No. 4:11-cv-26-DPM

WAL-MART, INC.                                                                                 DEFENDANT

JUDGMENT

Cardaine/Assabur's complaint is dismissed without prejudice. An *in forma pauperis* appeal would not be in good faith.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 May 2011